## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12cv108

| | | |
|---|---|---|
| **DARLENE KAY HYMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **CYNTHIA KARA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on a pro se pleading filed by plaintiff in this closed action. This action was terminated by Notice of Voluntary Dismissal filed on April 30 , 2012. Reading the pleading in a light most favorable to plaintiff, she appears to complain about the communications received from and the conduct of her attorney in the handling of this matter. Plaintiff is advised that this is a closed case and that there is no relief available in this matter from this court. Plaintiff is further advised that any concerns she has with counsel may be addressed with he North Carolina State Bar. Finally, plaintiff is advised that this action was dismissed "without prejudice" and that she should consult with an attorney concerning what legal rights and remedies survived such dismissal and how to timely pursue such rights.

## ORDER

**IT IS, THEREFORE, ORDERED** that to the extent plaintiff seeks relief from the court in the pleading dated August 31, 2012 (#18), such relief is **DENIED** as this action has been terminated.

Signed: September 13, 2012

Max O. Cogburn Jr.
United States District Judge