UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00108-MOC-DSC

| | | |
|---|---|---|
| **DARLENE KAY HYMAN,** | ) | |
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| **DONNA TOOLE,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on what appears to be a copy (#20) of a State Bar Grievance she has filed against her former attorney. Such filing appears to be 78 pages and includes copies of correspondence privileged correspondence between plaintiff and plaintiff's former attorney.

Plaintiff is again advised that this action was closed by Notice of Voluntary Dismissal on April 30, 2012, and this court has no jurisdiction to consider the merits of the state claims she has made against her former attorney. By filing a copy of such grievance with this court, plaintiff has unnecessarily published and made public privileged materials.

Plaintiff is cautioned to file her pleadings in the Bar Grievance matter with the state and local bar authorities as instructed by those organizations, not in this court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent plaintiff seeks relief in this court in filing (#20), such relief is denied as this court lacks jurisdiction over her North Carolina State Bar grievance.

Signed: January 6, 2014

Max O. Cogburn Jr.
United States District Judge